# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Jermaine Owens, | ) | Case No. 1:07-cr-043 |
| | ) | |
| Defendant. | ) | |

On June 18, 2007, the court convened a detention hearing on motion by the Government. On June 19, 2007, it entered an order detaining the defendant, Christopher Jermaine Owens ("Owens"), until such time that bed space became available at either Centre, Inc. or the Bismarck Transition Center.

On June 26, 2007, Owens filed Motion for Reconsideration of Detention Order. Notably, did not file the motion under the pretense there was new evidence for the court to consider. Rather, his motion was predicated primarily upon offers of assistance and promises of supervision made by family in friends in the form of correspondence to the court.

The Government filed a response in opposition to Owens's Motion for Reconsideration on July 3, 2007. It discounted the correspondence submitted by Owens, asserting that assurances from family and friends are insufficient to overcome the evidence presented at the detention hearing regarding the danger Owens poses to the community. It further highlighted the evidence presented at the detention hearing regarding Owens's history of substance abuse and assaultive behavior at the time of his arrest.

The court has reviewed the record and, while it appreciates the sentiments expressed by Owens's family and friends, concludes there is no basis for reversing its previous order. The offers of assistance from Owens's family and friends are no doubt sincere. Nevertheless, the court is not inclined to release Owens to their custody in light of the evidence that was previously presented regarding Owens's substance abuse as well as an incident at the Mandan High School where Owens pointed a "racked" pistol at group that included a number of students.

Accordingly, the Motion for Reconsideration of Detention Order (Docket No. 13) is **DENIED**.

**IT IS SO ORDERED.**

Dated this July 5, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge