## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **MOTION TO DISMISS** |
| vs. | ) | |
| | ) | |
| Christopher Jermaine Owens, | ) | Case No. 1:07-cr-043 |
| | ) | |
| Defendant. | ) | |

___

Before the Court is the Government's "Motion to Dismiss Petition for Warrant for Offender Under Supervision" filed on April 2, 2009. See Docket No. 48. On December 5, 2008, the Government filed a "Petition for Warrant or Summons for Offender Under Supervision." See Docket No. 32. The Government now moves the Court to dismiss the petition because the allegation set forth in the petition relates to a criminal charge currently pending in Burleigh County District Court. Whether any further action is warranted in this matter is largely dependent upon the resolution of those state charges. The Court **GRANTS** the Government's motion. The revocation hearing scheduled for Monday, April 13, 2009, is **CANCELLED.**

   **IT IS SO ORDERED.**

   Dated this 7th day of April, 2009.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court